UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN THE MATTER OF :            )   CHAPTER 13
                              )
DAVID B KOMOSA                )
RENEE B KOMOSA                )   CASE NO: 18-80963
                              )
                              )
     Debtors                  )
                              )

AFFIDAVIT REQUESTING CONFIRMATION

State of Illinois        )
County of Winnebago      )

The Debtors, David B Komosa and Renee B Komosa, the above captioned case being duly sworn upon oath, deposes and states as follows:

1. __X__ A.   Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statue to pay any domestic support obligation as defined in 11 U.S.C. §101 (14A).

   _____ B.   I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. §101 (14A)] required by a judicial or administrative order, or by statue.

2. I have filed all Federal and State local tax returns required by law to be filed for all taxable periods ending during the 4-year period to filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was not required to file a tax return for those years.

By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 plan. The Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.

FURTHER AFFIANT SAYETH NOT:

_David B Komosa_
_Renee B. Komosa_
Debtors

Subscribed and sworn to before me this 27th day of April, 2018

_____
Notary Public

My commission expires: _____

"OFFICIAL SEAL"
PHILIP A MOE
Notary Public, State of Illinois
My Commission Expires 10/24/2021