UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| IN RE:<br>DAVID B. KOMOSA<br>RENEE B. KOMOSA | )<br><br>)<br>)<br>) | CASE NO. 18-80963<br><br>CHAPTER 13<br><br>Judge: Thomas Lynch |

## NOTICE OF CLAIM TREATMENT PER PROPOSED PLAN
## COURT CLAIM #6

BANK OF AMERICA NA
BANKRUPTCY DEPARTMENT
PO BOX 660933
DALLAS, TX  75266-0933

On July 5, 2018 BANK OF AMERICA NA filed a claim in the amount of $64,409.81 claim #6 on PACER. The Chapter 13 Plan proposes to surrender the collateral and pay any deficiency claim as unsecured.

NOTICE IS HEREBY GIVEN that said secured claim of BANK OF AMERICA NA claim #6 on PACER shall receive no payments through the plan and that BANK OF AMERICA NA shall not be barred from filing an amended claim for any deficiency.  Any deficiency claim shall be paid as unsecured.

/s/Lydia S. Meyer
Lydia S. Meyer, Trustee
308 W. State Street, Suite 212
Rockford, IL  61101

---

### Certificate of Mailing

The undersigned certifies that a copy of this notice was mailed to the creditor listed above in envelopes addressed as indicated bearing first class postage on the 13TH Day of JULY, 2018.  I further certify that a copy was served on the Debtor(s)' attorney via electronic notification that occurs automatically upon the filing of this Notice.

/s/Susan K. Jones
For Lydia S. Meyer, Trustee